UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO NEWBORN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | NO:  12-CV-3153-TOR<br><br>ORDER VACATING JUDGMENT |

BEFORE THE COURT is the parties' Joint Motion to Alter or Amend Judgment (ECF No. 11). Based on the parties' joint motion, the Judgment erroneously entered on November 14, 2013 is VACATED.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Judgment (ECF No. 10) is VACATED and stricken from the record.

2. As the Court previously ordered, ECF No. 9, the Court will retain jurisdiction over the case.

ORDER VACATING JUDGMENT ~ 1

3. In the event the de novo hearing is unfavorable to Plaintiff, he may seek judicial review by reinstating this case rather than by filing a new complaint.

4. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and administratively **CLOSE** this file subject to reopening when the Commissioner shall file with the Court any such additional or modified findings of fact and decision.

**DATED** December 12, 2013.



THOMAS O. RICE
United States District Judge

ORDER VACATING JUDGMENT ~ 2